AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **CALIFORNIA**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One Black and Silver Sony Z550a Cellular Telephone with Photo Capabilities Seized From Felix Hernandez-Chavez and In The Custody of DEA

**SEARCH WARRANT**

Case Number: **'08 MJ 8402**

FILED
AUG 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: **ABEL HEREDIA** and any Authorized Officer of the United States

Affidavit(s) having been made before me by **ABEL HEREDIA** Affiant who has reason to believe

that ☐ on the person of, or ☑ on the premises known as (name, description and/or location)

in the **SOUTHERN** District of **CALIFORNIA** there is now concealed a certain person or property, namely (describe the person or property)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before **5/15/08**
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime — 6:00 AM to 10:00 P.M.~~ ☑ at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**William McCurine** as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

**5/5/08** /s/ 1825 hrs at **EL CENTRO**   **CALIFORNIA**
Date and Time Issued                                City and State

**William McCurine, U. S. Magistrate Judge**   /s/ W. McCurine Jr.
Name and Title of Judge                                Signature of Judge

AO 93    (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: R6-08-0032 |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 05-05-2008 | 05-06-08 / 1020 HRS. | WITH PHONE |

**INVENTORY MADE IN THE PRESENCE OF**
SA JEFF BUTLER

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

TEN NAMES AND PHONE NUMBERS FROM THE "PHONE BOOK".

NINE RECENT CALLS.

TWO TEXT MESSAGES.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

ABEL HEREDIA

Subscribed, sworn to, and returned before me this date.

Signature of Judge                                 Date: 8-12-08

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One black and silver Sony Ericsson Z550a cellular phone with photo capabilities, that was found in the personal property of Felix Hernandez-Chavez at the time of his arrest.



The cellular telephone to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

    a.    telephone numbers of incoming/outgoing calls stored in the call registry

    b.    telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

    c.    any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963;

    d.    telephone subscriber information; and

    e.    any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 846, 952, 960, and 963